**No. 59416.**—Steinhardter & Nordlinger *v.* United States, protest 222443–K (New York).

Opinion by JOHNSON, J. It was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that 6 cases out of 325 cases of tuna and bonita, reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.

BEFORE THE SECOND DIVISION, NOVEMBER 9, 1955

**No. 59417.**—D. P. Harris Hdw. & Mfg. Co. and American Shipping Co., Inc. *v.* United States, protest 240150–K (A) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of 42,707 feet of 1-inch by ³⁄₁₆-inch chains and that said merchandise weighed 2.25 pounds per 10-foot length, had a net weight of 9,609 pounds, and was valued at 40 cents per pound, the claim of the plaintiffs was sustained.

**No. 59418.**—John S. Connor *v.* United States, protests 239596–K and 239597–K (Baltimore).

Opinion by LAWRENCE, J. An examination of the official papers disclosing that the protests were filed more than 60 days after liquidation, the protests were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.